UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

OBED FERNANDEZ and
SILVIA FERNANDEZ

Chapter 13
Case No: 6:15-bk-10449

    Debtor(s)
_____/

## DEBTORS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Debtor(s), by and through undersigned counsel, and hereby voluntarily dismisses this above-captioned Chapter 13 proceeding.

This case was inadvertently filed twice. The original and active bankruptcy case is 6:15-bk-10150

/s/MATTHEW R. GROSS, J.D., P.A.
MATTHEW R. GROSS, J.D., P.A.
Florida Bar No.: 49863

Attorney for Debtor(s)
Matthew R. Gross, J.D., P.A.
1101 Douglas Avenue
Altamonte Springs, FL 32714
Telephone: (734) 353-0994
Facsimile: (407) 842-7248

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided electronically or by U.S. Mail, First Class, Postage Prepaid, this 21st day of January, 2016, to: Laurie K. Weatherford, Chapter 13 Trustee and all interested parties and creditors on the attached matrix.

/s/MATTHEW R. GROSS, J.D., P.A.
MATTHEW R. GROSS, J.D., P.A.

```
Label Matrix for local noticing          Obed Fernandez                           Silvia Fernandez
113A-6                                   1437 Colusa Dr.                          1437 Colusa Dr.
Case 6:15-bk-10449-CCJ                   Winter Garden, FL 34787-2113             Winter Garden, FL 34787-2113
Middle District of Florida
Orlando
Thu Jan 21 16:30:04 EST 2016

Wells Fargo Bank, N.A./Wells Fargo Home Mort   Barclays Bank Delaware             Cntrl Fl Edu
MAC X7801-014                            Po Box 8801                              1000 Primera Blvd
3476 Stateview Blvd.                     Wilmington, DE 19899-8801                Lake Mary, FL 32746-2194
Fort Mill, SC 29715-7203


Fifth Third Bank                         Florida Department of Revenue            (p)IBERIA BANK
Fifth Third Bank Bankruptcy Department,  Bankruptcy Unit                          PO BOX 52747
1830 E Paris Ave Se                      Post Office Box 6668                     LAFAYETTE LA 70505-2749
Grand Rapids, MI 49546-6253              Tallahassee FL 32314-6668


Internal Revenue Service                 Nissan Motor Acceptanc                   Orange County Tax Collector
Post Office Box 7346                     Po Box 660360                            PO Box 545100
Philadelphia PA 19101-7346               Dallas, TX 75266-0360                    Orlando FL 32854-5100


Partners Fed Cr Un                       Partners Fed Cr Un                       Synchrony Bank/ JC Penneys
13705 International Drive S              13705 International Drive South          Attn: Bankrupty
Orlando, FL 32821-5411                   Orlando, FL 32821-5411                   Po Box 103104
                                                                                  Roswell, GA 30076-9104


Synchrony Bank/Lowes                     Synchrony Bank/Walmart                   Wells Fargo Home Mortgage
Attn: Bankruptcy                         Attn: Bankruptcy                         Written Correspondence
Po Box 103104                            Po Box 103104                            Mac # X 2302-04e
Roswell, GA 30076-9104                   Roswell, GA 30076-9104                   Po Box 10335
                                                                                  Des Moines, IA 50306-0335


Laurie K Weatherford +                   United States Trustee - ORL7/13 7+       Matthew R Gross +
Post Office Box 3450                     Office of the United States Trustee      Matthew R Gross, J.D., PA
Winter Park, FL 32790-3450               George C Young Federal Building          1101 Douglas Ave.
                                         400 West Washington Street, Suite 1100   Altamonte Springs, FL 32714-2033
                                         Orlando, FL 32801-2210


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF




                    The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                    by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Iberia Bank Direct
200 West Congress Street
Lafayette, LA 70501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Cynthia C. Jackson + | End of Label Matrix |
| Orlando | Mailable recipients    21 |
| | Bypassed recipients     1 |
| | Total                  22 |